**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MITCHELL, | No. C 11-03012 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| RANDY GROUNDS, et al., | |
| Defendants. | |

On June 17, 2011, Plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983. The same day, the Clerk of the Court sent a notification to Plaintiff that his complaint was deficient because he did not pay the filing fee or file an In Forma Pauperis ("IFP") Application. (Docket No. 2.) Plaintiff was advised to file an IFP application within thirty days to avoid dismissal of the action. (Id.) The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed an IFP application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: August 11, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.11\03012Mitchell_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MITCHELL,<br><br>          Plaintiff,<br><br>     v.<br><br>RANDY GROUNDS, et al.,<br><br>          Defendants.              / | Case Number: CV11-03012 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/11/2011  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Mitchell D44205
P. O. Box 689
Soledad, CA 93690

Dated:   8/11/2011

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk