IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY MITCHELL,**<br><br>Plaintiff,<br><br>v.<br><br>**R. GROUNDS, et al.,**<br><br>Defendants. | Case No. C 11-3012 EJD (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BRIGHT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendant Bright has moved for a sixty-day extension, up to and including January 18, 2013, in which to file a dispositive motion. The Court has read and considered Defendant's motion to change time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendant's requested extension of time is GRANTED. The time in which Defendant may file a dispositive motion is extended up to and including January 18, 2013.

//

//

1

[Proposed] Order Granting Def.'s Mot. Change Time File Dispositive Mot. (C 11-3012 EJD (PR))

1    Plaintiff shall file an opposition within thirty days after Defendant files his dispositive
2    motion. Defendant may thereafter file a reply to Plaintiff's opposition within fifteen days of the
3    receipt and filing of the opposition by the Court.

Dated:    12/4/2012

EDWARD J. DAVILA
United States District Judge

[PROPOSED] Order Granting Def.'s Mot. Change Time File Dispositive Mot. (C 11-3012 EJD (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MITCHELL,

        Plaintiff,

  v.

RANDY GROUNDS et al,

        Defendant.

Case Number: CV11-03012 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Mitchell D44205
P. O. Box 689
Soledad, CA 93690

Dated: December 5, 2012

                      Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk